FILED 13 APR '26 11:10 USDC-ORE

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_Civil_ Division

Alex V. L. Rice

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

–v–

OSH, Oregon State Hospital

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 6:26-CV-00723-CL
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☒ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                Alex Verlyn Lyle Rice

Address             C/O OSH 2600 Center St NE

                    Salem              OR     97301-2669
                         *City*                    *State*        *Zip Code*

County              Marion

Telephone Number

E-Mail Address

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                OSH, Oregon State Hospital

Job or Title *(if known)*

Address             2600 Center St NE

                    Salem              OR     97301-2669
                         *City*                    *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity        ☐ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

                         *City*                    *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity        ☐ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County
    Telephone Number
    E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Right to be protected by all laws

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

I have on multiple occassions through multiple channels attempted to get the instruments needed to protect myself. OSH has failed to Facilitate. Even at one point refusing me council.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

Past and current. 3-12-2026

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I checked the law library on or around 3-12-2026 seeking basic forms. They had no forms that I was looking for. I was referred to a number to a woman named Sandi @ 7-2511. She informed me she couldn't get the forms needed, I informed her I wold file suit.

Section C refer to
writing Rights stolen and
Journal

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Psychological trauma/pain — sadness, dissapointment, Frustration and damaged piece of mind
Current and ongoing victimization through inadequecy and lack of Right doing
Violation of my Constitutional Rights

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

$ 2,000,000.00
Make available in places like OSH the necessary forms for one being held to stand for themselves and Constitutianal Rights.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4-6-2026

Signature of Plaintiff

Printed Name of Plaintiff    Alex Verlyn Lyle Rice

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____

| | City | State | Zip Code |
|---|---|---|---|

Telephone Number    _____

E-mail Address    _____

# Rights Stolen

I have on multiple occasions via letter, pointed out to the court my ability to stand for myself writing the exact Rights that have been violated. When I pointed out the wrongs of the Court supported jail, in not having the right medical privacy and other things, instead of righting the wrongs in the jail they stot stole my Right to medical choice among other things via court order and OSH.

All after the violat violation of my Right to have a presentment or indictment of a Grand Jury before being held.

Also stolen was my right to a fast and speedy trial. After writing to the court stating that I want a fast and speedy trial. Violating Oregon and USA constitutional Rights/Laws.

New here at the Oregon State Hospital, I've found and written about more than once, the inadequit law library. It lacking in basic legal forms such as Fast and Speedy and AO-88A subpeona forms.

Alex Verlyn Lyle Rize
3-9-2026

Legal Doccument

Alex Verlyn Lyle Rice
C/O OSH
2600 center st NE
Salem, OR 97301-2669

PORTLAND OR RP

11 APR 2026 PM



quadient

FIRST-CLASS MAIL
IMI
$001.03⁰
04/09/2026 ZIP 97301
043M31228317

US POSTAGE

SCREENED

US District Court
405 E. Eighth Ave. Ste 2100
Eugene, OR 97401

97401-271225